# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00493-CV

**In re Michael P. Mulligan**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Patterson and Henson

Filed:   August 31, 2007